Gary S. Simkins, Esq. (SBN 186522)
HARTING, SIMKINS & RYAN, LLP
3545 Long Beach Boulevard, Suite 200
Long Beach, California 90807
Gary@HsrLegal.com

562-981-3707
FAX-562-981-0101

Attorneys for Plaintiff(s) JESSICA CANO

CLOSED

# UNITED STATES DISTRICT COURT

# CENTRAL  DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSICA CANO, | ) Case  No. CV 08-03412 DDP (JCx) |
| Plaintiff(s), | ) |
| vs. | ) |
| HANDYMAN NETWORK, INC., a California Corporation; and THOMAS FALL;   BRIAN KASKAVALCIYAN; and DOES 1 - 10, inclusive, | ) JUDGMENT AS AGAINST ) DEFENDANTS BRIAN KASKAVALCIYAN ) AND HANDYMAN NETWORK, INC., ) JOINTLY AND SEVERALLY |
| Defendants. | ) |

Good Cause appearing therefor

IT IS ORDERED that Plaintiff Jessica Cano's Ex Parte Application for entry of judgment against defendants Brian Kaskavalciyan and Handyman Network, Inc., jointly and severally, in the amount of $3,751.02, is GRANTED.  Therefore, Judgment is entered in favor of Plaintiff Jessica Cano and against defendants Brian Kaskavalciyan and Handyman Network, Inc., jointly and severally, in the amount of $3,751.02.

Dated: July 1, 2011

_____
Hon. Dean D. Pregerson
United States District Judge

1
[proposed] JUDGMENT AS AGAINST DEFENDANTS BRIAN KASKAVALCIYAN AND
HANDYMAN NETWORK, INC., JOINTLY AND SEVERALLY